McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CV-00049-AWI-SMS |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR PUBLICATION** |
| ONE REMINGTON MODEL 870 WINGMASTER 12 GAUGE SHOTGUN, WITH 17 ½ INCH BARREL, SERIAL NO. 105126V; | |
| ONE COLT MODEL TROOPER MK III REVOLVER, CALIBER .357, SERIAL NO. 14177J; | |
| ONE S.W.D. SEMI-AUTOMATIC PISTOL, MODEL M-11, CALIBER 9mm, SERIAL NO. 85-0000940; | |
| THIRTY ROUNDS OF REMINGTON 9mm AMMUNITION; | |
| SIX ROUNDS OF PMC .357 CALIBER AMMUNITION; | |
| SIX ROUNDS OF CCI .38 CALIBER AMMUNITION; and | |
| FIVE FEDERAL 12 GAUGE SHOTGUN SHELLS, | |
| Defendants. | |

///

1   The United States of America, Plaintiff herein, applies for an order of publication as follows:

2   1.   Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

3   2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

4   3.   The defendants one Remington Model 870 Wingmaster 12 gauge shotgun, with 17 ½ inch barrel, serial number 105126V; one Colt Model Trooper MK III revolver, caliber .357, serial number 14177J; one S.W.D. semi-automatic pistol, Model M-11, caliber 9mm, serial number 85-0000940; thirty rounds of Remington 9mm ammunition; six rounds of PMC .357 caliber ammunition; six rounds of CCI .38 caliber ammunition; and, five Federal 12 gauge shotgun shells (hereafter "defendant firearms and ammunition"), were seized from the Porcupine Flat Campground in Yosemite National Park, which is located in Mariposa and Tuolumne Counties, California. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") published notice of the nonjudicial forfeiture of the defendant firearms and ammunition on September 21, 26, and October 5, 2006 in the Wall Street Journal;

5   4.   Plaintiff proposes that publication be made as follows:

   a.   One publication;

   b.   In the following newspapers, legal newspapers of general circulation, located in the counties in which the defendant firearms and ammunition were seized: Mariposa Gazette and Union Democrat;

   c.   The publication to include the following:

      (1)   The Court, title and number of the action;

      (2)   The date of the arrest/seizure;

      (3)   The identity and/or description of the property arrested/seized;

      (4)   The name, address, and telephone number of the attorney for the Plaintiff;

      (5)   A statement that claims of persons entitled to possession or claiming

an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

    (7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

    (8) The name, address, and telephone number of the Bureau of Alcohol, Tobacco, Firearms and Explosives..

Dated: 1/9/07      McGREGOR W. SCOTT
             United States Attorney


             /s/ Stephanie Hamilton Borchers
             STEPHANIE HAMILTON BORCHERS
             Assistant United States Attorney


             ORDER

IT IS SO ORDERED.

Dated: 1/26/2007       /s/ Sandra M. Snyder
             UNITED STATES MAGISTRATE JUDGE