## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ONE REMINGTON MODEL 870 )<br>WINGMASTER 12 GAUGE SHOTGUN )<br>WITH 17 ½ INCH BARREL SERIAL )<br>NO. 141771, et. al., )<br>)<br>Defendants. )<br>_____ ) | CIV F 07-49 AWI SMS<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATION |

     On July 3, 2007, the Magistrate Judge issued Findings and Recommendations that recommended the Government's motion for default and forfeiture judgment be granted.  This Findings and Recommendations was served on the known party in interest, William Meredith, and through publication in local newspapers.  The notice stated that any objections to the Findings and Recommendation were due by July 15, 2007.  July 15, 2007, has now passed and no objections have been filed.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued July 2, 2007, by the Magistrate Judge is ADOPTED IN FULL; and
2. The United States of America, within 10 days of service of this order, is to submit to the Court a proposed default and final forfeiture judgment consistent with this order and the Findings and Recommendation of the Magistrate Judge.

IT IS SO ORDERED.

Dated:   July 24, 2007                              /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE