1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                ) 1:07-CV-00049-AWI-SMS
                                            )
12            Plaintiff,                    )
                                            )
13      v.                                  )
                                            ) **DEFAULT JUDGMENT AND FINAL**
14 ONE REMINGTON MODEL 870                  ) **JUDGMENT OF FORFEITURE**
   WINGMASTER 12 GAUGE SHOTGUN,             )
15 WITH 17½ INCH BARREL, SERIAL NO.         )
   105126V;                                 )
16                                          )
   ONE COLT MODEL TROOPER MK III            )
17 REVOLVER, CALIBER .357, SERIAL NO.       )
   14177J;                                  )
18                                          )
   ONE S.W.D. SEMI-AUTOMATIC PISTOL,        )
19 MODEL M-11, CALIBER 9mm, SERIAL          )
   NO. 85-0000940;                          )
20                                          )
   THIRTY ROUNDS OF REMINGTON 9mm           )
21 AMMUNITION;                              )
                                            )
22 SIX ROUNDS OF PMC .357 CALIBER           )
   AMMUNITION;                              )
23                                          )
   SIX ROUNDS OF CCI .38 CALIBER            )
24 AMMUNITION; and,                         )
                                            )
25 FIVE FEDERAL 12 GAUGE SHOTGUN            )
   SHELLS,                                  )
26                                          )
              Defendants.                   )
27 ─────────────────────────────────────────)

28 ///

This matter is before the Court on Plaintiff United States' *Ex Parte* Motion for Default Judgment filed May 17, 2007. The Magistrate Judge has recommended that Plaintiff's Motion for Default Judgment be granted, and no timely objection has been filed. An Order Adopting Findings and Recommendation was filed on July 25, 2007. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Application for Default Judgment, the Order Adopting Findings and Recommendation, and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. After a *de novo* review, the Court adopts the Magistrate Judge's July 2, 2007 Findings and Recommendations in full.

2. William Meredith is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant One Remington Model 870 Wingmaster 12 Gauge Shotgun, With 17½ Inch Barrel, Serial No. 105126V; One Colt Model Trooper MK III Revolver, Caliber .357, Serial No. 14177J; One S.W.D. Semi-Automatic Pistol, Model M-11, Caliber 9mm, Serial No. 85-0000940; Thirty Rounds of Remington 9mm Ammunition; Six Rounds of PMC .357 Caliber Ammunition; Six Rounds of CCI .38 Caliber Ammunition; and, Five Federal 12 Gauge Shotgun Shells (hereafter "defendant firearms and ammunition") of William Meredith.

4. A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant firearms and ammunition to the United States of America, to be disposed of according to law, including all right, title, and interest of William Meredith.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   August 27, 2007**              /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE